UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE WOOD**
**MAGISTRATE JUDGE WEISMAN**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH D. JONES and<br>EDWARD SCHIMENTI | Case No. 17 CR 236<br><br>Violation: Title 18, United States Code, Section 2339B(a)(1)<br><br>**INDICTMENT** |

**FILED**
APR 27 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The SPECIAL JULY 2016 GRAND JURY charges:

1. At times material to this indictment:

    a. On or about October 15, 2004, the United States Secretary of State designated al-Qa'ida in Iraq, then known as Jam'at al Tawhid wa'al-Jihad, as a foreign terrorist organization under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224.

    b. On or about May 15, 2014, the Secretary of State amended the designation of al-Qa'ida in Iraq as a foreign terrorist organization under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant as its primary name. The Secretary also added the following aliases to the foreign terrorist organization listing: The Islamic State of Iraq and al-Sham, the Islamic State

of Iraq and Syria, ad-Dawla al-Islamiyya fi al-Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furquan Establishment for Media Production.

    c.    On or about September 21, 2015, the Secretary of State added the following aliases to the foreign terrorist organization listing: Islamic State, ISIL, and ISIS.

2.    Beginning no later than in or about February 2017, and continuing until at least on or about April 7, 2017, in the Northern District of Illinois, and elsewhere,

> JOSEPH D. JONES and
> EDWARD SCHIMENTI,

defendants herein, knowingly conspired with each other to provide and attempt to provide material support and resources, namely, personnel and equipment, to a foreign terrorist organization, namely, the Islamic State of Iraq and al Sham, knowing that the organization was a designated foreign terrorist organization, and that the organization had engaged in and was engaging in terrorist activity and terrorism;

In violation of Title 18, United States Code, Section 2339B(a)(1).

                                          A TRUE BILL:

                                          _____

                                          FOREPERSON

_____
ACTING UNITED STATES ATTORNEY