UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 17 CR 236 |
| | ) | |
| EDWARD SCHIMENTI, | ) | Honorable Judge |
| | ) | Andrea R. Wood |
| Defendant. | ) | |

**MOTION FOR LEAVE TO APPOINT CO-COUNSEL**
**PURUSANT TO THE CRIMINAL JUSTICE ACT**

NOW COMES Defendant, EDWARD SCHIMENTI, through his counsel, JOSHUA B. ADAMS, and moves this Court for leave to appoint ALANA M. DELEON as co-counsel pursuant to Federal Rule of Criminal Procedure 44. In support of his motion, Mr. Schimenti states the following.

1. There is no trial date yet set in this matter.

2. The government continues to provide voluminous amounts of discovery in this case.

3. Mr. Adams was appointed to represent Mr. Schimenti pursuant to the CJA on April 14, 2017.

4. Defense counsel Joshua B. Adams is a member of this District CJA Panel and has been previously appointed on several cases.

5. This case is extremely complex and as previously stated, involved voluminous amounts of discovery.

6. As a result, Mr. Adams requires a co-counsel to assist with the review of the discovery, and to assist at trial.

1

7. Mr. Adams respectfully requests that this honorable court permit Alana M. DeLeon to file her appearance and serve as co-counsel.

8. Ms. DeLeon has served as second chair on two federal jury trials, one of which involved a 2-month long Medicare fraud case. Ms. DeLeon has also assisted on several pre-trial litigation matters in other federal cases in this building.

9. Counsel also brings this motion pursuant to the protective order in this matter, which only permits attorneys of record to view the classified materials the government will provide.

WHEREFORE, the defendant, Edward Schimenti, prays that this Honorable Court appoint attorney Alana M. DeLeon as co-counsel in this matter.

    Respectfully submitted,

    /s/ Joshua B. Adams
    Joshua B. Adams
    Counsel for Edward Schimenti

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 566-9173