UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH D. JONES and<br>EDWARD SCHIMENTI | No. 17 CR 236<br><br>Hon. Andrea R. Wood |

**Joint Pretrial Statement**

As directed by the Court, R. 112, the parties submit this joint pretrial statement and attach the following documents:

**Joint Statement of the Case**..................................................................................**Page 3**

**Government's Proposed Voir Dire** ........................................................... **Exhibit 1**

**Defendant's Proposed Voir Dire** ............................................................... **Exhibit 2**

**Government's Witness List**....................................................................... **Exhibit 3**

**Defendants' Witness List** ................................................................. **not received**

**Agreed Proposed Jury Instructions**....................................................... **Exhibit 5**

**Defendant's Proposed Jury Instructions**.............................................. **Exhibit 6**

**Government's Exhibit List** ...................................................................... **Exhibit 7**

The parties do not propose using the Jury Evidence Recording System (JERS). The parties do not propose any additional peremptory strikes.

                                          Respectfully submitted,

                                          JOHN L. LAUSCH, Jr.
                                          United States Attorney

By:    s/*Rajnath Laud*
                BARRY JONAS
                RAJNATH LAUD
                DAVID ROJAS
                Assistant U.S. Attorneys
                219 South Dearborn Street, Fifth Floor
                Chicago, Illinois 60604

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH D. JONES and<br>EDWARD SCHIMENTI | No. 17 CR 236<br><br>Hon. Andrea R. Wood |

## JOINT PROPOSED STATEMENT OF THE CASE

The indictment in this case charges the defendants Joseph D. Jones and Edward Schimenti with conspiracy to provide material support to a designated foreign terrorist organization. It also charges defendant Edward Schimenti with making a materially false statement to the FBI.

Defendants have pleaded not guilty to the indictment.

3