UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH D. JONES and<br>EDWARD SCHIMENTI | No. 17 CR 236<br><br>Hon. Andrea R. Wood |

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through its attorney, JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, hereby respectfully submits this list of potential trial witnesses. The list includes individuals the government expects to call as well as other individuals the government may call if necessary. The government reserves the right to call additional witnesses whose testimony is necessitated based upon additional information developed shortly before or during the course of the trial:

1) Victor Rodriguez – FBI Special Agent
2) Thad Boertje – FBI Special Agent
3) Cassandra Carnright – FBI Special Agent
4) Abdulhakeem – FBI Employee
5) Bilal Sharif – FBI Special Agent
6) Muhamed
7) Raeteesha Darden
8) Kelly Turnipseed
9) Hamath Muhamad
10) Jamil Jaffer
11) Melvin Smith – Regional Computer Forensic Laboratory
12) Ryan Rainey – Regional Computer Forensic Laboratory

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: /s/ Barry Jonas
BARRY JONAS
RAJNATH LAUD
DAVID ROJAS
Assistant U.S. Attorneys
219 South Dearborn Street,
Fifth Floor
Chicago, Illinois 60604
(312) 353-5300