IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
FOR THE EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH D. JONES and )<br>EDWARD SCHIMENTI, )<br>)<br>Defendants. ) | No. 17 CR 236<br>Hon. Andrea R. Wood |

## NOTICE OF MOTION

To:   All parties on CM/ECF service list

**Please take notice**, that on **Thursday, October 10, 2019,** at 10:00 a.m., I shall appear before the Honorable Judge Andrea R. Wood in Room 1925 of the Dirksen United States Courthouse, and there and then present **Defendants'** *Ex Parte* **Motion to Modify the Prior Order of the Court**, a copy of which is filed under seal on the docket.

                                                   /s/  Stephen F. Hall
                                                   Stephen F. Hall

**Law Office of Stephen F. Hall**
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
312.858.4400
Stephen@sfhall.com

## CERTIFICATE OF SERVICE

    I, Stephen F. Hall, certify that a copy of this Notice was served upon all parties via the CM/ECF system on October 7, 2019, with a sealed copy of the motion filed on the docket.

                                                   /s/  Stephen F. Hall
                                                 Stephen F. Hall