# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                         Case No.: 1:17–cr–00236
                                                Honorable Andrea R. Wood

Joseph D Jones, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2020:

      MINUTE entry before the Honorable Andrea R. Wood as to Edward Schimenti: Due to a change in the Court's schedule and by agreement of the parties, the sentencing set for 3/25/2020 is reset for 4/9/2020 at 10:15 AM. The Government's objections to the presentence investigation report and sentencing memorandum shall be filed by 3/23/2020. Defendant's objections to the presentence investigation report and sentencing memorandum shall be filed by 3/30/2020. Defendant ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.