United States v. Edward Schimenti, 17 CR 236
Similarly Situated Defendants

| Name | Case Number | District | Plea/Trial | Sentence | Summary |
|---|---|---|---|---|---|
| Mohammed El-Mezain | 3:04 CR 240 | ND TX | trial | 180 months' imprisonment plus 3 years' supervised release | Defendant was charged with 12 counts of violating 2339B, 10 counts of violating 50 U.S.C. 1701-1706; and one count of violating 12 U.S.C. 1956. The defendant was convicted by the jury of one count of violating 2339B. The defendant was a large scale financier for Hamas. Together with his co-conspirators, they raised over $12,000,000. |
| Mohammed Abdullah Warsame | 04 CR 29 | Minn. | plea | 92 months' imprisonment | Travelled to Afghanistan to participate in a training camp. Completed training, then attended another taught by Bin Laden. Provided services to Al Qaeda as a security guard and by teaching English. He returned to his family in Minnesota, but kept in contacted, and wired money to Al Qaeda colleagues which he knew was for "the brothers." |
| Nuradin Abdi | 2:04 CR 88 | SD OH | plea | 120 months' imprisonment plus 3 years' supervised release | Defendant pleaded guilty to one count of violating 2339A. He planned to travel to obtain military-style training in preparation for violent jihad |
| Ali Asad Chandia | 05 CR 401 | ED VA | Trial | 180 months' imprisonment plus 3 years' supervised release; 180 months' for each count of violating 2339B to be served concurrently | Defendant was found guilty of one count of violating 2339A and two counts of violating 2339B. The defendant provided paint balls for training activities in the Lashkar e Taiba |
| Rafiq Sabir | S4 05 CR 673 | SD NY | trial | 300 months' imprisonment plus 2 years supervised release | Defendant was convicted by a jury, of two counts of violating 2339B. The defendant attempted to provide expert advice and medical assistance to a foreign terrorist organization. |
| Burson Augustin | 06 CR 20373 | SD FL | trial | 72 months' imprisonment plus 10 years' supervised release | Defendant was found guilty of violating one count of 2339A and one count of violating 2339B |

Exhibit B, p. 1

| Name | Case No. | District | Disposition | Sentence | Notes |
|---|---|---|---|---|---|
| Rothschild Augustine | 06 CR 20373 | SD FL | trial | 84 months' imprisonment plus 10 years' supervised release | Defendant was found guilty of violating one count of 2339A and one count of violating 2339B |
| Patrick Abraham | 06 CR 20373 | SD FL | trial | 112.5 months' imprisonment plus 15 years' supervised release | Defendant was found guilty of one count each of violating 2339A, 2339B, and 844. |
| Ehsanul Islam Sadequee | 06 CR 147 | ND GA | trial | 204 months' imprisonment plus 30 years' supervised release; 180 months for each of three counts to run concurrently plus 24 months for conspiracy to provide material support to a foreign terrorist organization to run consecutively | Defendant was found guilty of two counts of violating 2339A and two counts of violating 2339B. The defendants conducted surveillance and met with others to discuss possible targets for a terrorist attack. |
| Syed Haris Ahmed | 06 CR 147 | ND GA | trial | 156 months' imprisonment plus 30 years' supervised release | defendant was found guilty of one count of violating 2339A |
| Stanley Grant Phanor | 06 CR 20373 | SD FL | trial | 96 months' imprisonment plus 15 years' supervised release | Defendant was found guilty of one count of violating 2339A and one count of 2339B |
| Narseal Batiste | 06 CR 20373 | SD FL | trial | 162 months' imprisonment, plus 35 years' supervised release | Defendant was found guilty of one count each of violating 2339A, 2339B, 844, and 2384 |
| Tahawwur Hussain Rana | 09 CR 830 | ND IL | trial | 168 months' imprisonment plus 3 years' supervised release | Defendant was found guilty of one count of violating 2339A and one count of violating 2339B. The defendant allowed his co-conspirators to use his business as a cover to conceal travel and surveillance for terrorist attacks |
| Dylan Boyd | 5:09 CR 216 | ED NC | plea | 96 months' imprisonment plus 3 years' supervised release | Defendant pleaded guilty to one count of violating 2339A. The defendant was connected to his father's home grown terrorist cell and traveled with his father and brother to Israel to engage in Jihad |

| Defendant | Case No. | District | Trial/Plea | Sentence | Description |
|---|---|---|---|---|---|
| Patrick Nayyar | 09 CR 1037 | SD NY | trial | 180 months' imprisonment; no supervised release due to deportation; 60 months for each violation of 2339B to run concurrently with each other but consecutively to other counts | Defendant was found guilty of two counts of violating 2339B, two counts of violating 50 U.S.C. 1705(a), and one count of violating 18 U.S.C. 371. The defendant agreed to provide goods in the form of guns, ammunition, vehicles, bulletproof vests, and night vision goggles because he thought they woudl be used to support Hizballah |
| Nima Ali Yusuf | 3:10 CR 4551 | SD CA | plea | 96 months' imprisonment plus 3 years' supervised release | Defendant pleaded guilty to one count of violating 2339B. The defenadnt was invovled in sending funds to al-Shabaab |
| Basaaly Saeed Moalin | 3:10 CR 4246 | SD CA | trial | 216 months' imprisonment and 3 years' supervised release | Defendant was found guilty of two counts of violating 2339A, two counts of violating 2339B, and one count of consipriacy to launder money in violation of 18 U.S.C. 1956(a)(2). The defendant coordinated with leaders of al-Shabaab |
| Osman Jose Tobias-Rodriguez | 10 CR 20094 | SD FL | plea | 90 months' imprisonment plus 5 years' supervised release | Defendant pleaded guilty to violating 2339B and 960. The defendant worked with others to assist al Qaeda in the transportation and smuggling of aliens and weapons into the US from Peru |
| Mohamud Abdi Yusuf | 4:10 CR 547 | ED NY | plea | 140 months' imprisonment plus 2 years' supervised release | Defendant pleaded guilty to four counts of violating 2339B. There were at least four individuals involved in the conspiracy to provide funds to al-Shabaab |
| Hawo Hassan | 10 CR 187 | Minn. | trial | 120 months' imprisonment plus lifetime supervised release; 120 months for violating 2339B | Defendant was found guilty of three countsof violating 1001 and one count of violating 2339B. The defendant assisted in raising the $2,100 by encouraging individuals to pledge allegiance to al-Shabbab |
| Amina Ali | 10 CR 187 | Minn. | trial | 240 months' imprisonment and lifetime supervised release; 180 months for one count and 60 months for each remaining count | Defendant was found guilty of thirteen counts of violating 2339B. The defendant raised and/or provided at least $2,100 to al-Shabbab |

| Name | Case | District | Disposition | Sentence | Description |
|---|---|---|---|---|---|
| Raja Lahrasib Khan | 10 CR 240 | ND IL | plea | 90 months' imprisonment plus lifetime supervised release | Defendant pleaded guilty to one count of violating 2339B. The defendant provided $200-$250 to the leadership of Kashmir Independece Movement and confirmed to an FBI confidential informant that the group was working with al Qaeda |
| Hor Akl | 3:10 CR 251 | ND OH | plea | 75 months' imprisonment plus 10 years' supervised release | Defendant pleaded guilty to violating 2339B, 1956, and 157. The defendant and his wife planned to conceal $500,000 to be sent to Hizballah |
| Amera Akl | 3:10 CR 251 | ND OH | plea | 40 months' imprisonment plus 3 years' supervised release | Defendant pleaded guilty to violating 2339B. She and her husband planned to conceal $500,000 for Hezbollah |
| Oytun Ayse Mihalik | 2:11 CR 833 | CD CA | plea | 60 months' imprisonment; defendant agreed to be removed to Turkey following his imprisonment | Defendant pleaded guilty to one count of violating 2339A. The defendant sent more than $2,000 to a person in Pakistan that she believed was a member of the Taliban and al Qaeda |
| Hafiz Khan | 1:11 CR 20331 | SD FL | trial | 300 months' imprisonment plus 5 years' supervised release; 180 months for the first count of violating 2339B and 120 months for the remaining charges to run concurrently | Defendant was found guilty of two counts of violating 2339A and two counts of violating 2339B. The defendant was found guilty on all counts. The defendant solicited, collected, and transferred money to purchase weapons for the Taliban. |
| Mauricio Santoyo Velasco | 12 CR 217 | ED VA | plea | 156 months' imprisonment plus 5 years' supervised release | Defendant pleaded guilty to one coutn of violating 2339B. The defendant accepted bribes in exchange for the information and assistance he could provide as a high-level law enforcement officer in Columbia. The inforamtion allowed United Self-Defense Forces of Columbia members to avoid detection and arrest |

| Defendant | Case No. | District | Disposition | Sentence | Facts |
|---|---|---|---|---|---|
| Fazliddin Kurbanov | 1:13 CR 120 | Idaho | trial | 300 months' imprisonment plus 3 years supervised release; 180 months for each conviction under 2339B to run concurrently. | Defendant was found guilty by a jury of two counts of violating 2339B and one count of violating 26 U.S.C. 5861(d). The defendant attempted to provide financial support and personnel, including himself. |
| Gufran Ahmed Mohammed | 13 CR 20364 | SD FL | plea | 180 months' imprisonment plus 5 years' supervised release | Defendant pleaded guilty to one count of violating 2339B. He attempted to provide personnel and funds, totaling approximately $26,000. |
| Abdullahi Yusuf | 15 CR 46 | Minn. | plea | time served (approximately 12 months) plus 20 years' supervised release | Defendant pleaded guilty to one count of violating 2339B. The defendant had planned to travel to support ISIS |
| Adam Dandach | 8:14 CR 109 | CD CA | plea | 180 months' imprisonment plus 3 years supervised release | Defendant pleaded guilty to one count of violating 18 U.S.C. 1542 and one count of violating 2339B. The defendant attempted to board a flight to Turkey and also received a conviction for a false passport |
| Joshua Van Haften | 2:04 CR 88 | SD OH | plea | 120 months' imprisonment plus lifetime supervised release | Defendant pleaded guilty to one count of violating 2339B. The defendant pledged allegiance to ISIS and attempted to travel to participate in violent jihad |
| Donald Ray Morgan | 14 CR 414 | MD NC | plea | 180 months' imprisonment plus 3 years' supervised release; 180 months' for violating 2339B, and received an additoinal 63 months for a separate charge of being a felon in possession | Defendant pleaded guilty to one count of violating 2339B. The defendant purchased a ticket to enter Syria and participate in jihad. |
| Mufid Elfgeeh | 6:14 CR 6147 | WD NY | plea | 270 months' imprisonment plus 27 years', 6 months' supervised release; 180 months for one count of 2339B and 90 months for the other to run consecutively | The defendant was indicted for seven counts and ultimately pleaded guilty to two counts of violating 2339B. He attempted to provide personnel to ISIS |
| Michael Todd Wolfe | 14 CR 213 | WD TX | plea | 82 months' imprisonment plus 5 years' supervised release | defendant pleaded guilty to one count of violating 2339A. The defendant planned to travel to Syria to engage in violent jihad and hoped to take his wife and two children |

| Name | Case No. | District | Disposition | Sentence | Description |
|---|---|---|---|---|---|
| Muna Osman Jama | 14 CR 230 | ED VA | trial | 144 months' imprisonment (on each count) plus 10 years' supervised release | Defendant was found guilty of 21 counts of violating 2339B. The defendant provided several payments to al-Shabaab including one payment of $1,500 |
| Hinda Osman Dhirane | 14 CR 230 | ED VA | trial | 132 months' imprisonment plus 10 years' supervised release | Defendant was found guilty of one count of violating 2339B. The defendant was invovled in the transfer of approximately $1,000 in support of al-Shabaab. |
| Nicholas Teausant | 2:14 CR 87 | ED CA | plea | 144 months' imprisonment plus 25 years' supervised release | Defendant pleaded guilty to one count of violating 2339B. The defendant was a college student with some involvement with the National Guard. The defendant wanted to participate in violent jihad and was arrested traveling to Canada. |
| Avin Marsalis Brown | 14 CR 58 | ED NC | plea | 92 months' imprisonment plus 5 years supervised release | Defendant pleaded guilty to one count of violating 2339A. The defendant wanted to travel overseas to fight and was caught at the airport with a ticket to Turkey |
| Adel Daoud | 12 CR 723-1; 13 CR 703; 15 CR 487 | ND IL | plea | 192 months' imprisonment concurrent with lesser terms on other cases | Defendant pleaded guilty to violating 2339B, among other violations, for planting what he believed to be a 1,000 pound bomb outside a crowded Chicago bar, attempting to detonate the bomb, soliciting the murder of a government agent, and a violent attack on a fellow inmate. |
| Abdirizak Warsame | 16 CR 37 | Minn. | plea | 30 months' imprisonment plus 20 years' supervised release | Defendant pleaded guilty to one count of violating 2339B. The defendant conspired and attempted to assist his co-conspirators with traveling to Syria to fight with ISIS but the defendant had no such plans to travel. The court found the downward variance was appropriate based on the amount of assistance the defendant provided to the government |

| Name | Case No. | District | Disposition | Sentence | Description |
|---|---|---|---|---|---|
| Muhammad Oda Dakhalla | 15 CR 98 | ND MS | plea | 96 months' imprisonment plus 15 years' supervised release | Defendant pleaded guilty to one count of violating 2339B. The defendant attempted to provide himself and his co-conspirator as personnel to ISIS. |
| Alexander Ciccolo | 2:15 CR 558 | NJ | plea | 180 months' imprisonment plus lifetime supervised release | Defendant pleaded guilty to one count of violating 2339B. The defendant was planning on going to Turkey to support ISIS. |
| Akmal Zakirov | 2:15 CR 707 | AZ | trial | 360 months' imprisonment plus lifetime supervised release; 240 months for the conviction under 2339B | Defendant was found guilty by a jury, of one count of violating Sec. 2339B and of four additional counts involving firearms and making false statements to the FBI. The defendant engaged in a plot to disrupt an event in Texas. Several individuals were injured and two co-conspirators were killed in the attack. Additionally, they had considered attacking military bases, the Super Bowl, and shopping malls. |
| Ali Shukri Amin | 15 CR 164 | ED NY | plea | 136 months' imprisonment plus lifetime supervised release | Defendant pleaded guilty to violating 2339B. The defendant used Twitter and the dark web to educate others on how to use bit coin to fund terrorist organizations. He also converted a co-conspirator to radical Islam and facilitated travel of the co-conspirators to Syria |
| Nader Elhuzayel | 8:15 CR 60 | CD CA | trial | 360 months' imprisonment plus lifetime supervised release. 180 months' for each conviction under 2339B to be served consecutively | Defendant was found guilty by a jury of two counts of violating Sec. 2339B and one count of violating 20 U.S.C. 1097. The defendant facilitated his co-defendant's travel to join ISIS by providing his debit card to purchase a one-way airline ticket. |
| Asher Abid Khan | 8:15 CR 60 | CD CA | trial | 360 months' imprisonment plus lifetime supervised release. 180 months' for each conviction under 2339B to be served consecutively | Defendant was found guilty by a jury of two counts of violating 2339B and 25 counts of violating Sec. 1344. He attempted to provide personnel in the form of himself. |

Similarly Situated Defendants

| Name | Case No. | District | Disposition | Sentence | Description |
|---|---|---|---|---|---|
| Abdurahman Yasin Daud | 15 CR 59 | SD GA | plea | 180 months' imprisonment plus lifetime supervised release | Defendant pleaded guilty to one count of violating 2339B. The defendant attempted to fly to Turkey and later Syria to join ISIS. |
| Zacharia Yusuf Abdurahman | 15 CR 49 | Minn. | plea | 120 months' imprisonment plus 20 years supervised release | Defendant pleaded guilty to one count of violating 2339B. The defendant had a plan to travel and support ISIS. |
| Hasan Edmonds | 15 CR 149 | ED NY | plea | 360 months' imprisonment plus 20 years' supervised release; received 180 months for each conviction under Sec. 2339B to be served consecutively | Defendant pleaded guilty to two counts of violating Sec. 2339B. The defendant was a member of the Army National Guard. The defendants discussed attacking the military based in Illinois and traveling to Syria. |
| Jonas Edmonds | 15 CR 149 | ND IL | plea | 252 months' imprisonment plus 20 years supervised release; 180 months' for conviction under 2339B | The defendant pleaded guilty to one count of violating Sec. 2339B and one count of making a false statement to law enforcement in violation of 18 U.S.C. 1001 |
| Jasminka Ramic | 4:15 CR 49 | ED MO | plea | 36 months' imprisonment plus 3 years' supervised release | Defendant pleaded guilty to conspiracy to kill or maim persons in a foreign country, which carried a maximum sentence of 60 months. She made three payments totaling $700 to a co-conspirator with the intent that the funds be transferred to, and used in support of, a fellow Bosnian-American who was fighting in Syria |
| Hamza Ahmed | 15 CR 49 | Minn. | plea | 120 months' imprisonment plus 20 years supervised release | Defendant pleaded guilty to one count of violating 2339B and to a 1097 charge. The defendant flew to New York and planned to leave for Turkey with several others |
| Sedina Unkic Hodzic | 1:15 CR 116 | ED NY | trial | 420 months' imprisonment and 5 years' supervised release; received 180 months total for conviction under 2339B | Defendant was charged with violating Sec. 1512(c)(1) and (2) in addition to one count of Sec. 2339B. The defendant was convicted on both counts. The defendant traveled to Turkey in an effort to cross into Syria to engage in Jihad. |

Similarly Situated Defendants

| Name | Case No. | District | Plea/Trial | Sentence | Description |
|---|---|---|---|---|---|
| Aaron Travis Daniels | 2:16 CR 222 | SD OH | plea | 80 months' imprisonment plus lifetime supervised release | Defendant pleaded guilty to one count of violating 2339B. He was arrested before boarding a flight to Trinidad and Tobago and later admitted his intention to travel abroad and join ISIS |
| Ardit Ferizi | 16 CR 265 | ED VA | trial | 180 months' imprisonment (for each count to run concurrently) plus 15 years' supervised release | Defendant was found guilty of two counts of attempting to obstruct justice in violation of 18 U.S.C. 1512(c)(2) and one count of violating 2339B. The defendant was a police officer and on several occassions purshcased gift cards to be used by ISIS for recruitment |
| Mohamed Amiin Ali Roble | 16 CR 42 | ED VA | plea | 240 months' imprisonment and 10 years supervised release; 180 months for violating 2339B | Defendant pleaded guilty to one count of violating 2339B and one count of violating 18 U.S.C. 1030 in relation to hacking. The defendant was a hacker living in Malaysia who obtained U.S. government and military personnel information and provided the information to ISIS. |
| Mohamed Bailor Jalloh | 16 CR 163 | ND IN | plea | 132 months' imprisonment plus 5 years' supervised release | Defendant pleaded guilty to one count of violating 2339B. The defendant provided $340 to an ISIS official while he was in Africa and $500 to an FBI confidential informant |
| Haris Qamar | 16 CR 227 | ED VA | plea | 102 months' imprisonment plus 20 years' supervised release | Defendant pleaded guilty to one count of violating 2339B. The defendant purchased $80 in gift cards for ISIS with help from an FBI confidential informant. Additionally, the defendant took several pictures fro potential terror attack targets in Washington DC |

Exhibit B, p. 9

| | | | | | |
|---|---|---|---|---|---|
| Aws Mohammed younis al-Jayab | 16 CR 181; 18 CR 721 | ND IL | plea | 60 months' imprisonment followed by a 20-year term of supervised release | Defendant was charged with violating 2339B when he planned travel to Syria, raised funds for that travel, actually traveled to Syria and fought alongside to groups known to be foreign terrorist organizations. Defendant also pleaded guilty to lying to immigration officials once back in the United States, in violation of 18 U.S.C. 1001. |
| Vicente Solano | 17 CR 20781 | SD FL | plea | 210 months' imprisonment plus lifetime supervised release | Defendant was charged initially with violating 2339A and later charged with also violating 2339B. The defednant pleaded guilty to the count of violating 2339B. The defendant attempted to use a weapon of mass destruction to destroy a mall and wanted to join ISIS |